IN THE UNITED STATES DISTRICT COURT OF GREENBELT MARYLAND

NBC*003820397
A 028073285
T1B1501402511BAL
T1K1951401564BAL
DENNIS TALA NDUMU
1004 SPRING VALLEY COURT
FORT WASHINGTON MD 20744
08-15-14
703-470-5223.
PLAINTIFF

**WRIT OF MANDAMUS**

GJH 14 CV 2598

V.

DHS UNITED STATES IMMIGRATION BALTIMORE MARYLAND
DEFENDANT

Your Honor, on 07-22-2013 plaintiff filed an application for citizenship and uscis sat on it for more than 120 days after having passed the interview on 12-11-2013.

I know you can't tell them to approve it, but you can tell them to make a decision because they have a duty to do so within a reasonable time, and 120 days is unreasonable.

INA section 336 ( b), 8U.S.C 1447 ( B ), specifically provides for judicial review for a stalled naturalization petition. It states as follows: if there is a failure to make a determination under ( INA) 335 ( 8 U.S.C 1446) before the end of the 120 day period after the date on which the examination is conducted under such section, the applicant may apply to the United States District court for the District in which the applicant resides for a hearing on the matter.

I have enclosed supporting documents.

Thanks for your co-operation regarding this matter.

Yours truly,

Dennis Ndumu.